

1  Howard Chen (SBN 257393)
   howard.chen@klgates.com
2  Harold H. Davis, Jr. (SBN 235552)
   harold.davis@klgates.com
3  Rachel Davidson (SBN 215517)
   rachel.davidson@klgates.com
4  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
5  San Francisco, California 94111
   Telephone: 415.882.8200
6  Facsimile: 415.882.8220

7

8  Attorneys for Plaintiffs
   WISTRON CORPORATION,
   AOPEN INCORPORATED AND
9  AOPEN AMERICA INCORPORATED

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   WISTRON CORPORATION, a Taiwan              Case No. CV 10 4458
14 corporation, AOPEN INCORPORATED, a
   Taiwan corporation, AOPEN AMERICA
15 INCORPORATED, a California corporation,    **WISTRON CORPORATION'S
                                              CERTIFICATION OF INTERESTED
16             Plaintiffs,                    PARTIES**

17      vs.

18 PHILLIP M. ADAMS & ASSOCIATES, LLC, a
   Utah limited liability corporation,
19
               Defendant.
20

21

22

23

24

25

26

27

28

RECYCLED PAPER

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**AII Holding Corp. Cowin** – A subsidiary of Plaintiff Wistron Corporation ("Wistron")

**Worldwide Corp.** – A subsidiary of Wistron

**Win Smart Co., Ltd.** – A subsidiary of Wistron

**Wistron InfoComm(Philippines) Corp.** – A subsidiary of Wistron

**Wistron InfoComm(Texas) Corp.** – A subsidiary of Wistron

**Wistron InfoComm Technology (America) Corp.** – A subsidiary of Wistron

**Wistron ITS Corp.** – A subsidiary of Wistron

**Wistron NeWeb Corp.** – A subsidiary of Wistron

**Wistron Mexico S.A. de C.V.** – A subsidiary of Wistron

**Wistron Optronics Corp.** – A subsidiary of Wistron

**Wistron Service B.V.** – A subsidiary of Wistron

Dated: October 1, 2010

K&L GATES LLP

By: _____
Howard Chen (SBN 257393)
Harold H. Davis, Jr. (SBN 235552)
Rachel Davidson (SBN 215517)

Attorneys for Plaintiffs
WISTRON CORPORATION,
AOPEN INCORPORATED AND
AOPEN AMERICA INCORPORATED