Ezekiel R. Dumke IV (SBN 259407)
Quinn Dumke LLC
2150 S. 1300 E., Suite 500
Salt Lake City, Utah 84106
Telephone:     (801) 746-2268
Fax No.:       (801) 746-2411

Attorneys for Defendants
Phillip M. Adams & Associates, L.L.C.,
AFTG-TG, L.L.C. and Phillip M. Adams

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION; WISTRON INFOCOMM (TEXAS) CORPORATION; WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORPORATION; AOPEN INCORPORATED; and AOPEN AMERICA INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILLIP M. ADAMS & ASSOCIATES, LLC; AFTG-TG LLC; and PHILLIP M. ADAMS,<br><br>Defendant. | **STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANTS' REPLY MEMORANDUM AND RESCHEDULING OF THE FEBRUARY 23, 2011 HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Civil No. CV-10-4458<br><br>Judge: Edward M. Chen |

Pursuant to L.R. 6-2, Plaintiffs Wistron Corporation, Wistron Infocomm (Texas) Corporation, Wistron Infocomm Technology (America) Corporation, AOpen Incorporated and AOpen America Incorporated, collectively ("Plaintiffs"), and Phillip M. Adams & Associates, L.L.C., AFTG-TG, L.L.C. and Phillip M. Adams, collectively ("ADAMS"), through their respective counsel, hereby stipulate to the extension of ADAMS time to file their Reply Memorandum to **February 11, 2011** (originally due February 9, 2011).

Additionally, the parties stipulate to the rescheduling of the hearing on ADAMS' Motion to Dismiss (Dkt. No. 12) and the Case Management Conference (both currently set for February

23, 2011, at 10:30 a.m. in Courtroom C) to **April 6, 2011 at 10:30 a.m.**   The rescheduling of the

hearing on ADAMS' Motion to Dismiss shall have no effect on the aforementioned extension for

ADAMS to file their reply in support thereof.  The Defendants' requested this extension due to a

hearing in Cheyenne, Wyoming on February 24th that requires ADAMS' counsel to be in

Cheyenne on February 23rd, the currently scheduled date.  Plaintiffs have agreed to the

rescheduling and hereby submit this Stipulation and Proposed Order.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY

STIPULATE that:

1.      ADAMS shall have an extension of time to file their Reply Memorandum in

Support of their Motion to Dismiss (Dkt. No. 12) from February 9, 2011 to **February 11, 2011**;

2.      The hearing on ADAMS' Motion to Dismiss shall be continued from February

23, 2011 at 10:30 a.m. to **April 6, 2011 at 10:30 a.m.** in Courtroom C of the above-captioned

court; and

3.      The Initial Case Management Conference shall be continued from February 23,

2011 at 10:30 a.m. to **April 6, 2011** at 10:30 a.m. in Courtroom C of the above-captioned court.

**IT IS SO STIPULATED BY THE PARTIES.**

Dated: February 9, 2011.

Harold B. Davis
Jeffery M. Ratinoff
**K&L GATES**


**By:     /s/ Jeffery M. Ratinoff**
Attorneys for Plaintiffs
WISTRON CORPORATION, AOPEN
INCORPORATED AND AOPEN AMERICA
INCORPORATED

1

2

3           (Signature affixed pursuant to General Order
    45(x)(B)

4

5

6           Ezekiel R. Dumke IV
            **QUINN DUMKE LLC**

7

8           **By:** _____/s/ Ezekiel R. Dumke IV____

9           Attorney for Defendants
            PHILLIP M. ADAMS & ASSOCIATES, L.L.C.,

10          AFTG-TG, L.L.C. AND PHILLIP M. ADAMS

11

12

13

14      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Joint Case Managment Conference

15  Statement shall be filed by March 30, 2011.

16

17

18  Dated: ____February 10, 2011_____        _____



    HON. EDWARD M. CHEN
19  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

                        Order Rescheduling the Scheduling Hearing and CMC
                                        3:10-cv-04458-EMC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 9th day of February 2011.  Any other counsel of record will be served by facsimile transmission and first class mail.


_/s/ Ezekiel R. Dumke IV_____
By:  Ezekiel R. Dumke IV