1  Howard Chen (SBN 257393)
   howard.chen@klgates.com
2  Harold H. Davis, Jr. (SBN 235552)
   harold.davis@klgates.com
3  Irene Yang (SBN 245464)
   irene.yang@klgates.com
4  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
5  San Francisco, California  94111
   Telephone: 415.882.8200
6  Facsimile: 415.882.8220

7  Jeffrey M. Ratinoff (SBN 197241)
   jeffrey.ratinoff@klgates.com
8  K&L GATES LLP
   630 Hansen Way
9  Palo Alto, CA  94304
   Telephone: (650) 798-6700
10 Facsimile: (650) 798-6701

11 Attorneys for Plaintiffs
   WISTRON CORPORATION, WISTRON
12 INFOCOMM (TEXAS) CORPORATION,
   WISTRON INFOCOMM TECHNOLOGY
13 (AMERICA) CORPORATION,
   AOPEN INCORPORATED AND
14 AOPEN AMERICA INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WISTRON CORPORATION; WISTRON INFOCOMM (TEXAS) CORPORATION; and WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORPORATION; AOPEN INCORPORATED and AOPEN AMERICA INCORPORATED;<br><br>Plaintiffs,<br><br>vs.<br><br>PHILLIP M. ADAMS & ASSOCIATES, LLC; AFTG-TG LLC; and PHILLIP M. ADAMS,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:10-CV-04458-EMC<br><br>**JOINT STIPULATION TO EXTEND PRETRIAL DEADLINES; [P~~ROPOSED~~] ORDER**<br><br>(SEE REVISION ON P. 2)<br><br><br>Complaint Filed: October 1, 2010<br>Trial Date: None |
|---|---|

Pursuant to Civil L.R.6-2, Plaintiffs Wistron Corporation, Wistron InfoComm (Texas) Corporation, Wistron Infocomm Technology (America) Corporation, AOpen Inc., and AOpen America Inc. (collectively, "Plaintiffs") and Defendants Phillip M. Adams & Associates, LLC, AFTG-TG LLC, and Phillip M. Adams (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, on June 20, 2011, the Court issued its Case Management and Pretrial Order (Dkt. No. 42);

WHEREAS, on June 29, 2011, the parties filed a Stipulated Motion to Amend Case Management and Pretrial Order, agreeing to a two-week extension for Defendants to comply with Patent L.R. 3-1 and 3-2 and requesting an adjustment in the schedule for Plaintiffs' invalidity contentions (Dkt. No. 46);

WHEREAS, on July 1, 2011, the Court issued its First Amended Case Management and Pretrial Order (Dkt. No. 48);

WHEREAS, on July 13, 2011, Defendants served by email their Patent L.R. 3-1 and 3-2 disclosures (Ratinoff Decl., ¶ 3);

WHEREAS, Plaintiffs contacted Defendants shortly thereafter to outline what it considered to be deficiencies in the Patent L.R. 3-1 and 3-2 disclosures and indicated that these deficiencies affected Plaintiffs' ability to complete their Patent L.R. 3-3 and 3-4 disclosures and Defendants' ability to maintain their counterclaims (Ratinoff Decl., ¶ 3);

WHEREAS, on July 26, 2011, counsel for the parties met and conferred regarding the cited deficiencies, during which time the parties agreed to a 45-day extension of time for Plaintiffs' deadline under Patent L.R. 3-3 and 3-4 so that the parties could resolve their dispute over Defendants' compliance with Patent L.R. 3-1 and 3-2, including bringing the matter before the Court, if necessary (Ratinoff Decl., ¶ 4);

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREAS, the parties agree to modify and extend certain dates in the Court's First Amended Case Management and Pretrial Order (Dkt. No. 48) as follows, in order to provide sufficient time for the parties to resolve their disputes over deficiencies in Defendants' Patent L.R. 3-1 and 3-2 disclosures (Ratinoff Decl., ¶ 5):

| Event | Current Date | New Stipulated Date |
|---|---|---|
| ADR | 9/30/11 | No change |
| Further status conference | 10/7/11 | No change |
| Invalidity contentions | 8/29/11 | 10/13/11 |
| Exchange of proposed terms | 9/12/11 | 10/27/11 |
| Exchange of preliminary claim construction | 10/3/11 | 11/17/11 |
| Joint claim construction and prehearing statement | 10/31/11 | 12/15/11 |
| Claim construction discovery cut-off | 12/1/11 | 1/16/12 |
| Tutorial | 1/26/12 at 2:30 p.m. | ~~TBD~~ 3/8/12 at 2:30 p.m. |
| Claim construction hearing | 2/2/12 at 2:30 p.m. | ~~TBD~~ 3/22/12 at 2:30 p.m. |
| Opening brief to be filed by | 12/16/11 | 1/30/12 |
| Opposition to be filed by | 1/6/12 | 2/20/12 |
| Reply to be filed by | 1/13/12 | 2/27/12 |

WHEREAS, the stipulated extension of dates will not affect the Court's dates for the completion of mediation of the next case management conference (Ratinoff Decl., ¶ 5);

WHEREAS, the Court has not yet set dates for trial, final pretrial conference, dispositive motions, fact discovery, expert discovery, expert reports, or deadline to add parties;

WHEREAS, this is the parties' second request for extension of deadlines (*see* Dkt. Nos. 42, 46, 48; Ratinoff Decl., ¶ 7).

/ / /

/ / /

/ / /

/ / /

/ / /

1   IT IS HEREBY STIPULATED by Plaintiffs and Defendants, by and through their
2   undersigned counsel of record, that the parties will adhere to the new stipulated dates in the foregoing
3   schedule.

5   Dated:  August 4, 2011                           K&L GATES LLP

                                                    By:  /s/ Jeffrey M. Ratinoff
                                                         Jeffrey M. Ratinoff

                                                    Attorneys for Plaintiffs
                                                    WISTRON CORPORATION, WISTRON
                                                    INFOCOMM (TEXAS) CORPORATION,
                                                    WISTRON INFOCOMM TECHNOLOGY
                                                    (AMERICA) CORPORATION,
                                                    AOPEN INCORPORATED AND
                                                    AOPEN AMERICA INCORPORATED


14  Dated:  August 4, 2011                           Quinn Dumke LLC

                                                    By:  /s/ Ezekiel R. Dumke IV
                                                         Ezekiel R. Dumke IV

                                                    Attorneys for Defendants
                                                    PHILLIP M. ADAMS & ASSOCIATES,
                                                    LLC, AFTG-TG LLC, AND PHILLIP M.
                                                    ADAMS


22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

                    August 10, 2011
25  Dated:  _____              _____
                                                    Honorable Edward M. Chen
                                                    UNITED STATES DISTRICT JUDGE

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

**ATTESTATION**

I, Jeffrey M. Ratinoff, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that counsel for Defendants Phillip M. Adams & Associates, LLC, AFTG-TG LLC, and Phillip M. Adams has concurred in this filing.

Dated:  August 4, 2011                                    /s/ *Jeffrey M. Ratinoff*_____