| | |
|---|---|
| Howard Chen (SBN 257393)<br>howard.chen@klgates.com<br>Harold H. Davis, Jr. (SBN 235552)<br>harold.davis@klgates.com<br>Irene Yang (SBN 245464)<br>irene.yang@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, California  94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br><br>Jeffrey M. Ratinoff (SBN 197241)<br>jeffrey.ratinoff@klgates.com<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>Telephone: (650) 798-6700<br>Facsimile: (650) 798-6701<br><br>Attorneys for Plaintiffs<br>WISTRON CORPORATION, WISTRON INFOCOMM (TEXAS) CORPORATION, WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORPORATION, AOPEN INCORPORATED AND AOPEN AMERICA INCORPORATED | Ezekiel R. Dumke IV (SBN 259407)<br>edumke@quinndumke.com<br>QUINN DUMKE LLC<br>2150 S. 1300 E., Suite 500<br>Salt Lake City, Utah 84106<br>Telephone: 801.746.2268<br>Facsimile: 801.746.2411<br><br>Attorneys for Defendants<br>PHILLIP M. ADAMS & ASSOCIATES, L.L.C., AFTG-TG, L.L.C. AND PHILLIP M. ADAMS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION; WISTRON INFOCOMM (TEXAS) CORPORATION; and WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORPORATION; AOPEN INCORPORATED and AOPEN AMERICA INCORPORATED;<br><br>          Plaintiffs,<br><br>     vs.<br><br>PHILLIP M. ADAMS & ASSOCIATES, LLC; AFTG-TG LLC; and PHILLIP M. ADAMS,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:10-CV-04458-EMC (MEJ)<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER RE: DISMISSAL**<br><br>Complaint Filed: October 1, 2010<br>Trial Date: None |

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL; Case No. 3:10-cv-04458-EMC (MEJ)

1 | Plaintiffs Wistron Corporation, SMS Infocomm Corporation (formerly Wistron Infocomm (Texas) Corporation), Wistron Infocomm Technology (America) Corporation, AOpen Inc., and AOpen America Inc. (collectively "Plaintiffs"); and Defendants Phillip M. Adams & Associates, LLC ("PMAA"), AFTG-TG LLC ("AFTG"), and Phillip M. Adams (collectively, "Defendants"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c) that all claims and counterclaims between and among Plaintiffs and Defendants shall be dismissed in their entirety, with prejudice, and with each party to bear its own attorneys' fees and costs.

K&L GATES LLP

Dated: September 26, 2011    By:    */s/ Jeffrey M. Ratinoff*
                                    Harold H. Davis, Jr.
                                    Jeffrey M. Ratinoff
                                    Irene Yang

                                    Attorneys for Plaintiffs
                                    WISTRON CORPORATION, WISTRON
                                    INFOCOMM (TEXAS) CORPORATION,
                                    WISTRON INFOCOMM TECHNOLOGY
                                    (AMERICA) CORPORATION,
                                    AOPEN INCORPORATED AND
                                    AOPEN AMERICA INCORPORATED


QUINN DUMKE LLC

Dated: September 26, 2011    By:    */s/ Ezekiel R. Dumke IV*
                                    Ezekiel R. Dumke IV

                                    Attorneys for Defendants
                                    PHILLIP M. ADAMS & ASSOCIATES. LLC,
                                    AFTG-TG, LLC, AND PHILLIP M. ADAMS

**ATTESTATION PER GENERAL ORDER 45**

In compliance with General Order 45, X.B. of this Court, concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 26, 2011

K&L GATES LLP

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff

Attorneys for Plaintiffs
WISTRON CORPORATION, WISTRON INFOCOMM (TEXAS) CORPORATION, WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORPORATION, AOPEN INCORPORATED AND AOPEN AMERICA INCORPORATED

1 **ORDER**

2     Pursuant to stipulation of the parties through their counsel of record, and

3 for good cause, IT IS HEREBY ORDERED THAT:

4     1.    This Action, including all claims and counterclaims, is hereby dismissed with

5 prejudice;

6     2.    Each party is to bear its own costs and attorneys' fees; and

7     3.    All pre-trial dates currently scheduled are vacated.

8 **IT IS SO ORDERED.**

10     9/28

11 Dated: _____, 2011    By: _____

12     Honorable
    United

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)